IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-CR-0174-BYP |
| | ) | |
| Plaintiff, | ) | JUDGE PEARSON |
| | ) | MAG. BAUGHMAN |
| v. | ) | |
| | ) | <u>MOTION TO CONTINUE</u> |
| ADAM S. URBAN, | ) | <u>ARRAIGNMENT</u> |
| | ) | |
| Defendant. | ) | |

Now comes Defendant Adam S. Urban, by and through counsel, and hereby moves to Continue his Arraignment, currently scheduled for April 19, 2012, for two weeks, to May 3, 2012 or such other date as the Court finds convenien.  Defendant is a resident of Wesley, Massachusetts and will have difficulty traveling to Ohio for the current arraignment date.  Undersigned counsel requests additional time to research the issue of transferring this case out of the Northern District of Ohio

                                                  Respectfully submitted,

                                                  <u>**s/Leif B. Christman**</u>
                                                  **LEIF B. CHRISTMAN (0070014)**
                                                  2000 Standard Building
                                                  1370 Ontario Street
                                                  Cleveland, Ohio 44113
                                                  216-241-5019
                                                  216-241-5022 (fax)
                                                  Lbchristman@hotmail.com

## CERTIFICATE OF SERVICE

     I hereby certify that on April 17, 2012 a copy of the foregoing Sentencing Memorandum was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

                                       Respectfully submitted,

                                       <u>**s/Leif B. Christman**</u>
                                       **LEIF B. CHRISTMAN (0070014)**