UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: September 13, 2012

CASE NO. 1:12 CR 174

COURT REPORTER: None

Pretrial Conference

UNITED STATES OF AMERICA

-VS-

ADAM URBAN

APPEARANCES: Plaintiff: Robert Kern, Esq. And/or Chelsea Rice, Esq.

Defendant: Leif Christman, Esq.

PROCEEDINGS: P.T. held w/ all counsel present – Discovery on going – USA declined entry into Diversion program. Trial cont'd at Def's request Trial set 12/11/12 @ 8:30AM All counsel notified of this ORDER

Length of Proceedings: 15 min