**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:12 CR 174** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DONALD NUGENT** |
| | ) | |
| **v.** | ) | |
| | ) | **MOTION TO SUBSTITUTE COUNSEL** |
| **ADAM S. URBAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    Defendant Adam Urban hereby moves to allow the withdrawal of counsel Leif B. Christman as attorney of record and to substitute as counsel Philip S. Kushner and Christian J. Grostic of Kushner & Hamed Co., LPA, to represent him in this matter. Notice has been given to the United States, pursuant to Local Rule 57.21. Attached are Notices of Appearance for Mr. Kushner and Mr. Grostic.

                                                      Respectfully submitted,

                                                      /s/ Philip S. Kushner
                                                      Philip S. Kushner (0043858)
                                                      Christian J. Grostic (0084734)
                                                      Kushner & Hamed Co., LPA
                                                      200 Public Square, Suite 3740
                                                      Cleveland, Ohio 44114
                                                      Phone: (216) 696-6700
                                                      Fax:    (216) 696-6772
                                                      pkushner@khlpa.com
                                                      cgrostic@khlpa.com

                                                      *Attorneys for Defendant Adam Urban*

2

**CERTIFICATE OF SERVICE**

    A copy of the foregoing *Motion to Substitute Counsel* was filed electronically this 19th day of October, 2012.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                /s/ Philip S. Kushner
                                *Attorney for Adam Urban*