# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:12 CR 174** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DONALD NUGENT** |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| **ADAM S. URBAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Philip S. Kushner, of the law firm of Kushner & Hamed Co., LPA, 200 Public Square, Suite 3740, Cleveland, Ohio 44114, hereby enters an appearance as counsel for Adam S. Urban.

Respectfully submitted,

 /s/ Philip S. Kushner
Philip S. Kushner (0043858)
Kushner & Hamed Co., L.P.A.
200 Public Square, Suite 3740
Cleveland, Ohio 44114
Phone: (216) 696-6700
Facsimile: (216) 696-6772
pkushner@khlpa.com

*Attorney for Defendant Adam Urban*