# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:12 CR 174** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DONALD NUGENT** |
| | ) | |
| **v.** | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| **ADAM S. URBAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Christian J. Grostic, of the law firm of Kushner & Hamed Co., LPA, 200 Public Square, Suite 3740, Cleveland, Ohio 44114, hereby enters an appearance as counsel for Adam S. Urban.

                                      Respectfully submitted,

                                    /s/ Christian J. Grostic
                                  Christian J. Grostic (0084734)
                                  Kushner & Hamed Co., L.P.A.
                                  200 Public Square, Suite 3740
                                  Cleveland, Ohio 44114
                                  Phone:     (216) 696-6700
                                  Facsimile:  (216) 696-6772
                                  cgrostic@khlpa.com

                                  *Attorney for Defendant Adam Urban*